**FOUR WIND TRUCKING INC.**
**Exhibit B - Liquidation Analysis**

**Assets**

| | | Scheduled Value | Liens | Net Value | |
|---|---|---:|---:|---:|---|
| Checking account | 5/3 Bank | 28,000.00 | 28,000.00 | 0.00 | UCC SBA lien |
| A/R | | 4,000.00 | 4,000.00 | 0.00 | UCC SBA lien |
| 2020 Hyundai trailer | | 8,000.00 | 8,000.00 | 0.00 | UCC SBA lien |
| 2006 Chapparel trailer | | 1,000.00 | 1,000.00 | 0.00 | UCC SBA lien |
| 2016 Rutiner trailer | | 5,000.00 | 5,000.00 | 0.00 | UCC SBA lien |
| 2020 Utility trailer | | 10,000.00 | 10,000.00 | 0.00 | UCC SBA lien |
| **Total Assets** | | **56,000.00** | | **0.00** | |

**Secured Debt**

| | | | |
|---|---|---:|---|
| Banterra Bank | Claim 6-1 | 10,867.43 | fully secured |
| PNC Bank | Claim 10-1 | 10,592.19 | fully secured |
| Paccar | Claim 8-1 | 70,000.00 | partially secured |
| ITC | Claim 11-1 | 110,000.00 | partially secured |
| Anchor Acceptance | Claim 1-1 | 15,000.00 | partially secured |
| Anchor Acceptance | Claim 2-1 | 25,000.00 | partially secured |
| Marlin Business Corporation | Claim 3-1 | 170,000.00 | partially secured |
| The Huntington National Bank | Claim 12-1 | 40,000.00 | partially secured |
| The Huntington National Bank | Claim 13-1 | 100,000.00 | partially secured |
| Amur Equipment Finance | Scheduled | 35,000.00 | partially secured |
| SBA | Claim 14-1 | 56,000.00 | partially secured |

**Unsecured Claims**

| | | | |
|---|---|---:|---|
| Paccar | Claim 8-1 | 17,278.98 | unsecured portion of the claim |
| ITC | Claim 11-1 | 29,008.46 | unsecured portion of the claim |
| Anchor Acceptance | Claims 1-1 and 2-1 | 32,697.79 | unsecured portion of the claim |
| Marlin Business Corporation | Claim 3-1 | 104,276.82 | unsecured portion of the claim |
| The Huntington National Bank | Claims 12-1 and 13-1 | 56,575.98 | unsecured portion of the claim |
| Amur Equipment Finance | Scheduled | 15,000.00 | unsecured portion of the claim |
| SBA | Claim 14-1 | 474,704.07 | unsecured portion of the claim |
| Capital one | Claim 5-1 | 4,137.00 | |
| T Metro Square | Claim 7-1 | 3,814.13 | |
| PNC | Claim 10-1 | 4,616.37 | |
| Chase Bank | Claim 15-1 | 20,985.30 | |
| Chase Bank | Claim 16-1 | 12,733.93 | |
| Chase Bank | Claim 17-1 | 15,675.22 | |
| ODK | Claim 18-1 | 32,427.00 | |
| On Deck | Claim 19-1 | 36,348.00 | |
| BayFirst | Scheduled | 240,391.00 | |
| Everest Business Funding | Scheduled | 20,000.00 | |
| IRS | Claim 9-1 | 1,238.50 | non-priority part of the claim |

**Total Unsecured Claims**       1,121,908.55

**Percentage Distribution Under Chapter 7**       **0.00%**