**FOUR WIND TRUCKING LLC**
**EXHIBIT C - 5 YEAR PROFIT AND LOSS PROJECTION**

| | | YEAR 2024 | YEAR 2025 | YEAR 2026 | YEAR 2076 | YEAR 2028 | YEAR 2029 |
|---|---|---|---|---|---|---|---|
| **Gross Income** | | $ 1,450,000.00 | $ 1,530,000.00 | $ 1,630,000.00 | $ 1,715,000.00 | $ 1,800,000.00 | $ 1,900,000.00 |
| Lease/rent | | $ 18,000.00 | $ 23,000.00 | $ 26,000.00 | $ 28,000.00 | $ 30,000.00 | $ 40,000.00 |
| Owner Salary | | $ 60,000.00 | $ 60,000.00 | $ 60,000.00 | $ 60,000.00 | $ 60,000.00 | $ 60,000.00 |
| Fuel | | $ 550,000.00 | $ 590,000.00 | $ 630,000.00 | $ 670,000.00 | $ 700,000.00 | $ 750,000.00 |
| Drivers | | $ 525,000.00 | $ 580,000.00 | $ 620,000.00 | $ 650,000.00 | $ 690,000.00 | $ 725,000.00 |
| Repirs/Maintenance | | $ 120,000.00 | $ 140,000.00 | $ 150,000.00 | $ 150,000.00 | $ 150,000.00 | $ 160,000.00 |
| Insurance | | $ 100,000.00 | $ 110,000.00 | $ 120,000.00 | $ 130,000.00 | $ 140,000.00 | $ 140,000.00 |
| Phone/Internet | | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 |
| Accounting/Legal | | $ 40,000.00 | $ 7,000.00 | $ 8,000.00 | $ 9,000.00 | $ 10,000.00 | $ 12,000.00 |
| Tolls | | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 12,000.00 | $ 15,000.00 | $ 17,000.00 |
| **Total Expenses** | | $ 1,433,000.00 | $ 1,507,000.00 | $ 1,608,000.00 | $ 1,691,000.00 | $ 1,775,000.00 | $ 1,874,000.00 |
| **Income Prior to Plan Expenses** | | $ 17,000.00 | $ 23,000.00 | $ 22,000.00 | $ 24,000.00 | $ 25,000.00 | $ 26,000.00 |
| Ch 11 payments and expenses | Sub V Trustee | $ 7,000.00 | $ - | $ - | $ - | $ - | $ - |
| | Secured creditor | $ 6,500.00 | $ 13,000.00 | $ 13,000.00 | $ 13,000.00 | $ 13,000.00 | $ 13,000.00 |
| | IRS | $ 990.00 | $ 1,980.00 | $ 1,980.00 | $ 1,980.00 | $ 1,980.00 | $ 1,980.00 |
| | GUC Payments | $ - | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 |
| Total Ch. 11 payments and expenses | | $ 14,490.00 | $ 19,980.00 | $ 19,980.00 | $ 19,980.00 | $ 19,980.00 | $ 19,980.00 |
| **Net Income** | | $ 2,510.00 | $ 3,020.00 | $ 2,020.00 | $ 4,020.00 | $ 5,020.00 | $ 6,020.00 |