**FOUR WIND TRUCKING, INC.**

**Exhibit D - SUMMARY OF OPERATING REPORTS**

| Month | Beginning Balance | Income | Expenses | Ending Balance |
|---|---|---|---|---|
| Apr-24 | 27,559.96 | 99,249.02 | 106,587.77 | 7,338.75 |
| May-24 | 20,221.21 | 132,245.63 | 140,656.77 | 11,810.07 |