**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOUR WIND TRUCKING INC. | ) | Case No. 24-04983 |
| | ) | |
| Debtor. | ) | Hon. Donald R Cassling |

### BALLOT TO ACCEPT OR REJECT DEBTOR'S PLAN OF REORGANIZATION

Debtor and Debtor in Possession FOUR WIND TRUCKING INC. ("Debtor"), filed a Second Amended Plan of Reorganization dated October 14, 2024 (the "Plan") in the above captioned bankruptcy proceeding.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims in more than one class, you should file a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by the Clerk of the United States Bankruptcy Court, 219 S. Dearborn Street, Chicago, IL 60604 on or before November 19, 2024 (and such deadline is not extended), your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Court it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, a creditor of the Debtor in Class _____ and in the amount of _____:

Check One Only:　　_____ Accepts the Plan　　_____ Rejects the Plan

Dated: _____　　Creditor Name: _____
　　　　　　　　　　Signature: _____
　　　　　　　　　　Printed Name of Signatory: _____
　　　　　　　　　　Title _____
　　　　　　　　　　Address: _____
　　　　　　　　　　　　　　_____

**RETURN THIS BALLOT TO:
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street, Chicago, IL 60604
www.ilnb.uscourts.gov**