UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | Case Number: | 24-04983 |
| Four Wind Trucking, Inc ) | | |
| ) | Chapter: | 11 |
| ) | | |
| ) | Honorable Donald R. Cassling | |
| ) | | |
| Debtor(s) ) | | |

**ORDER AND NOTICE OF HEARING
ON CONFIRMATION OF DEBTOR'S 2ND AMENDED PLAN OF REORGANIZATION**

THIS MATTER coming before the Court on the status hearing on the Debtors' 2nd Amended Plan of Reorganization; the Debtor and Debtor in Possession Four Wind Trucking, Inc (the "Debtor") having filed a Plan of Reorganization on October 14, 2024 [Dkt 53] (the "Modified Plan"); and Court finding notice of the hearing to be sufficient and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The signed Confirmation order at Docket #45 is vacated and replaced by this new Confirmation Order.

2. A hearing on confirmation of the Modified Plan is scheduled for November 26, 2024 at 10:00 a.m before the Honorable Donald R. Cassling in Courtroom 619 located at 219 S. Dearborn St, Chicago, IL 60604 or via Zoom for Government. Only parties and their counsel may appear for the confirmation hearing electronically using Zoom for Government. All others must appear in person.

To appear by Zoom using the internet, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

To appear by Zoom using a telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

Meeting ID and passcode. The meeting ID for this hearing is 161 414 7941, and the passcode is 619. The meeting ID and passcode can also be found on the judge's page on the court's web site.

3. November 19, 2024 is fixed as the last day for filing written acceptances or rejections of the Plans.

4. November 19, 2024 is fixed as the last day for filing and serving written objections to confirmation of the Plans. Service of objections shall be made via ECF or mail to Debtor's counsel (at the address below), Acting U.S. Trustee Adam Brief, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604, and Sub Chapter V Trustee, Neema T Varghese, c/o NV Consulting Services 701 Potomac, Ste 100, Naperville, IL 60565.

5. November 22, 2024 is fixed as the date by which the Debtor must file with the court a ballot

report.

   6. No later than October 18, 2024, a copy of this Order along with the Plans and a Ballot for Accepting or Rejecting the Plans (Official Form 314) shall be mailed to creditors, equity interest holders and other parties in interest and transmitted to the United States Trustee and the Sub Chapter V Trustee, Neema T Varghese.

Enter:

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: October 15, 2024

**Prepared by:**

David Freydin
Law Offices of David Freydin, 8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847-972-6157 phone
866-897-7577 fax
david.freydin@freydinlaw.com
Bankruptcy Counsel for the Debtor