**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

CASE NAME _____  CASE NUMBER _____  CONFIRMATION HEARING DATE _____

## SECTION 1126 BALLOT REPORT

| DESCRIPTION OF CLASS AND CLAIM | # BALLOTS CAST | # ACCEPTING | #REJECTING | $ACCEPTING | $ REJECTING | CLASS ACCEPTS | CLASS REJECTS |
|---|---|---|---|---|---|---|---|
| CLASS DESCRIPTION: <br> ☐ UNIMPAIRED <br> ☐ IMPAIRED | | | | | | | |
| CLASS DESCRIPTION <br> ☐ UNIMPAIRED <br> ☐ IMPAIRED | | | | | | | |
| CLASS DESCRIPTION <br> ☐ UNIMPAIRED <br> ☐ IMPAIRED | | | | | | | |
| CLASS DESCRIPTION <br> ☐ UNIMPAIRED <br> ☐ IMPAIRED | | | | | | | |

| | YES | NO |
|---|---|---|
| PLAN ACCEPTED | | |

Please note the following provisions of section 1126 of the Bankruptcy Code:

(c) A class of claims has accepted a plan if such plan has been accepted by creditors other than any entity designated under subsection (e) of this section, that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such class help by creditors, other than any entity designated under subsection (e) of this section, that have accepted or rejected such plan.

(d) A class of interests has accepted a plan if such plan has been accepted by holders of such interest, other than any entity designated under subsection (e) of this section, that hold at least two-thirds in amount of the allowed interests of such class held by holders of such interests, other than any entity designated under subsection (e) of this section, that have accepted or rejected such plan.

_____
**NAME OF PLAN PROPONENT**

_____
**BY: ATTORNEY OF PLAN PROPONENT**

Page _____ of _____

Form 11-5

# SECTION 1126 BALLOT REPORT - CONTINUATION PAGE

CASE NAME _____  CASE NUMBER _____  CONFIRMATION HEARING DATE _____

| DESCRIPTION OF CLASS AND CLAIM | # BALLOTS CAST | # ACCEPTING | #REJECTING | $ACCEPTING | $ REJECTING | CLASS ACCEPTS | CLASS REJECTS |
|---|---|---|---|---|---|---|---|
| CLASS DESCRIPTION:<br>☐ UNIMPAIRED<br>☐ IMPAIRED | | | | | | | |
| CLASS DESCRIPTION<br>☐ UNIMPAIRED<br>☐ IMPAIRED | | | | | | | |
| CLASS DESCRIPTION<br>☐ UNIMPAIRED<br>☐ IMPAIRED | | | | | | | |
| CLASS DESCRIPTION<br>☐ UNIMPAIRED<br>☐ IMPAIRED | | | | | | | |

| PLAN ACCEPTED | YES | NO |
|---|---|---|
| | | |

Please note the following provisions of section 1126 of the Bankruptcy Code:

(c) A class of claims has accepted a plan if such plan has been accepted by creditors other than any entity designated under subsection (e) of this section, that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such class help by creditors, other than any entity designated under subsection (e) of this section, that have accepted or rejected such plan.

(d) A class of interests has accepted a plan if such plan has been accepted by holders of such interest, other than any entity designated under subsection (e) of this section, that hold at least two-thirds in amount of the allowed interests of such class held by holders of such interests, other than any entity designated under subsection (e) of this section, that have accepted or rejected such plan.

_____
NAME OF PLAN PROPONENT

_____
BY: ATTORNEY OF PLAN PROPONENT

Page _____ of _____