Attachment Summary Report Page 1 of 1

SUMMARY OF BALLOTING FOR SUB V CHAPTER 11 PLAN
FILED BY Four Wind Trucking, Inc [DKT 65]

CLASS 1 - SECURED CREDITORS VOTE CLAIM AMOUNT DKT NUMBER

(1b)        PNC Bank, National Association Yes        $10,592.19          62

(1g)        The Huntington National Bank    Yes       $140,000.00         63

CLASS 2 - GENERAL UNSECURED CREDITORS