Form G5 (20210922_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | Case Number: 24-04983 |
|---|---|---|
| Four Wind Trucking, Inc | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Donald R. Cassling |
| Debtor(s) | ) | |

**ORDER CONFIRMING SECOND AMENDED CHAPTER 11 SMALL BUSINESS PLAN SUBCHAPTER V AT DOCKET #53**

THIS MATTER coming before the Court on Confirmation of Debtor's Second Amended Chapter 11 Small Business Plan Subchapter V (The Plan) at Docket #53.

IT IS HEREBY ORDERED THAT:

1. The Plan at Docket #53 is confirmed as a nonconsensual plan.

2. A post confirmation status hearing is set for April 15, 2025 at 10:00 am.

Enter:

*Donald R. Cassling*
Donald R. Cassling
United States Bankruptcy Judge

Dated: January 15, 2025

**Prepared by:**

David Freydin
Law Offices of David Freydin, 8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847-972-6157 phone
866-897-7577 fax
david.freydin@freydinlaw.com
Bankruptcy Counsel for the Debtor